IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAG ALL TEAM, INC., doing business as )<br>AG Care Therapy Services, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | 19 C 4238<br><br>Judge Lefkow<br>Magistrate Judge Weisman |

## NOTICE OF SETTLEMENT

Plaintiff Able Home Health, LLC and Defendant Tag All Team, Inc. have resolved this matter on an individual basis. The parties are working on completing the settlement documents and anticipate filing a stipulation of dismissal in October, 2019.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ Darrell J. Graham (w/ consent)
Darrell J. Graham
Roeser Tanner & Graham, LLC
2 N. Riverside Plaza, Suite 1850
Chicago, IL 60606
(312) 621-0301

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on August 29, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system and to be served via U.S. Mail and email to the following:

    Darrell J. Graham - dgraham@rtglaw.com
    Roeser Tanner & Graham, LLC
    2 N. Riverside Plaza, Ste. 1850
    Chicago, IL 60606

                                                               s/ Heather Kolbus
                                                               Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603