IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAG ALL TEAM, INC., doing business as ) <br> AG Care Therapy Services, ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 19 C 4238 <br><br> Judge Lefkow <br> Magistrate Judge Weisman |

**STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC and Defendant Tag All Team, Inc. doing business as AG Care Therapy Services, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Tag All Team, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Tag All Team, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     &amp; GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 | s/ Darrell J. Graham (w/ consent) <br> Darrell J. Graham <br> Roeser Tanner & Graham, LLC <br> 2 N. Riverside Plaza, Suite 1850 <br> Chicago, IL  60606 <br> (312) 621-0301 |

1

## **CERTIFICATE OF SERVICE**

  I, Heather Kolbus, hereby certify that on October 30, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system and to be served via U.S. Mail and email to the following:

  Darrell J. Graham - dgraham@rtglaw.com
  Roeser Tanner & Graham, LLC
  2 N. Riverside Plaza, Ste. 1850
  Chicago, IL 60606

                s/ Heather Kolbus
                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603